Case 4:25-cv-02778   Document 16   Filed 02/20/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANE DOE,<br>　　Plaintiff,<br><br>VS.<br><br>DEER PARK INDEPENDENT SCHOOL DISTRICT,<br>　　Defendant. | §<br>§<br>§<br>§　CIVIL ACTION NO. 4:25-CV-02778<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On July 31, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Christina A. Bryan under 28 U.S.C. § 636(b)(1). (Dkt. 9). Judge Bryan filed a *Memorandum and Recommendation* on November 12, 2025, recommending that Defendant Deer Park Independent School District's Motion to Dismiss (Dkt. 5) be granted. (Dkt. 14).

No objections have been filed to the *Memorandum and Recommendation*. Accordingly, the Court reviews the *Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Bryan's *Memorandum and Recommendation* (Dkt. 9) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiffs' claims for negligence, gross negligence, breach of fiduciary duty, fraud by nondisclosure, invasion of privacy, intentional infliction of emotional distress, and negligent infliction of emotion distress are **DISMISSED WITHOUT PREJUDICE;**

(3) Plaintiffs' claims under Title IX in her individual capacity are **DISMISSED WITH PREJUDICE;**

(4) Plaintiffs' claims for punitive and emotional distress damages are **DISMISSED WITH PREJUDICE;** and

(5) Plaintiffs are **GRANTED LEAVE** to file an Amended Complaint within 21 days of this Order, if any, alleging a claim on behalf of Jane Doe under Title IX.

It is so **ORDERED**.

Signed at Houston, Texas on February 20, 2026.

                                                          _____
                                                              GEORGE C. HANKS, JR
                                                    UNITED STATES DISTRICT JUDGE