United States District Court
Southern District of Texas
**ENTERED**
July 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

JANE DOE,                                          §
     Plaintiff,                                 §
                                                   §
VS.                                                §        CIVIL ACTION NO. 4:25-CV-02778
                                                   §
DEER PARK INDEPENDENT SCHOOL    §
DISTRICT,                                          §
     Defendant.                             §

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On July 31, 2025, all pretrial matters in this case were referred to United States Magistrate Judge Christina A. Bryan under 28 U.S.C. § 636(b)(1). (Dkt. 9). Judge Bryan filed a *Memorandum and Recommendation* on July 2, 2026, recommending that Defendant Deer Park Independent School District's Motion to Dismiss (Dkt. 18) be granted and this matter be dismissed. (Dkt. 21).

No objections have been filed to the *Memorandum and Recommendation*. Accordingly, the Court reviews the *Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)    Judge Bryan's *Memorandum and Recommendation* (Dkt. 21) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

1 / 2

(2)     Defendant's Motion to Dismiss (Dkt. 18) is **GRANTED**;

(2)     Plaintiff's request for leave to amend is **DENIED**; and

(2)     Plaintiff's claims are **DISMISSED WITH PREJUDICE.**

It is so **ORDERED**. This is a final judgment.

    SIGNED at Houston, Texas on July 17, 2026.

                            GEORGE C. HANKS, JR.
                            UNITED STATES DISTRICT JUDGE